IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



NOV 06 2002

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Civil Action WMN-02-2018 |
| | : | |
| $17,930.19 U.S. CURRENCY | : | |

### ORDER

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this 6th day of November, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That MZBC, Inc.'s Motion to Dismiss Verified Complaint for Forfeiture, Paper No. 5, is DENIED;

2. That the government's Motion for Reconsideration of the Denial of a Request for a Stay of Proceedings, Paper No. 11, is GRANTED;

3. That this action is hereby stayed pending resolution of the criminal tax investigation against Margaret and William Anthony Benbow and their tax business;

4. That this action is administratively closed; and

5. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

William M. Nickerson
Senior United States District Judge