IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$17,930.19 U.S. CURRENCY, and<br>$10,887.00 U.S. CURRENCY,<br>　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL NOS. WMN-02-2018<br>　　　　　　　WMN-02-3237 |

## FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 3rd day of November ~~October~~ 2003, that:

　　The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

　　2　The time for the filing of any claim to contest this forfeiture has expired;

　　3.　The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C Section 2465;

　　4　The defendant property is condemned and all rights, title, and interest of William Anthony Benbow, Margaret Benbow and MZ Biddy Consulting a/k/a MZBC, Inc, and any and all other persons is **HEREBY FORFEITED** to the United States of America

　　5　The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the Consents annexed to the government's motion

　　6　The clerk of the court shall provide copies of this order to counsel of record

　　　　　　　　　　　　　　　　　_/s/ William Nickerson_
　　　　　　　　　　　　　　　　　William M. Nickerson
　　　　　　　　　　　　　　　　　United States District Judge